**Order entered May 16, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00240-CV

## IN RE SARAH CATHERINE NORRIS ALFORD
## AND WMC VISTA HOLDINGS, LLC, Relators

### Original Proceeding from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-03896-2021

## ORDER

Before Justices Osborne, Partida-Kipness, and Smith

In accordance with the Court's opinion of this date, the petition for writ of mandamus is **CONDITIONALLY GRANTED**. We **ORDER** the trial court to issue an order vacating its January 5, 2022 "Order Appointing Special Master" and its March 9, 2022 "Order Regarding Defendants' Amended Objection to Order Appointing Special Master." We further **ORDER** the trial court to file with this Court, **within thirty (30) days** of the date of this Order, a certified copy of its order issued in compliance with this Order. A writ will issue only if the trial court

fails to comply with this Order.

/s/    LESLIE OSBORNE
       JUSTICE